IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRCT OF GEORGIA
ATHENS DIVISION

ANDREW L. WILLIAMS,                                    Civil Action File No.

      Plaintiff,

v.

WAL-MART STORES EAST, LP

      Defendant.

_____/

## NOTICE OF MANUAL FILING

Please take notice that Defendant is filing the following documents manually with the Clerk of Court

- On DVD: Walmart's store videos depicting the Plaintiff regarding his slip/fall incident alleged in Plaintiff's Complaint which is attached as Exhibit D and E and is to be used in support of Defendant's Motion to Set Aside Default Judgment, Open Default, or, in the alternative, for New Trial.

- Original Supersedeas Bond in support of Motion to Stay.

Copies of these are being served on all parties.

McLAIN & MERRITT, P.C.

*/s/ Nicholas E. Deeb*
Nicholas E. Deeb
Georgia Bar No. 578190
Attorney for Defendant

3445 Peachtree Road, N.E, Suite 500
Atlanta, GA 30326; ndeeb@mmatllaw.com

CERTIFICATE OF SERVICE

This is to certify that on March 6, 2025, I electronically filed **NOTICE OF MANUAL FILING OF ELECTRONIC MEDIA** with the Clerk of Court using CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

McLAIN & MERRITT, P.C.

/s/ Nicholas E. Deeb
Nicholas E. Deeb
Georgia Bar No. 578190
Attorney for Defendant

3445 Peachtree Road, N.E, Suite 500
Atlanta, GA 30326
 ndeeb@mmatllaw.com