IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRCT OF GEORGIA
ATHENS DIVISION

ANDREW L. WILLIAMS,                                    Civil Action File No.

       Plaintiff,

v.

WAL-MART STORES EAST, LP

       Defendant.

_____/

## DEFENDANT WAL-MART STORES EAST, LP'S JURISDICTION STATEMENT

COMES NOW, Defendant through its undersigned counsel of record, and, pursuant to Fed. R. Civ. P. 7.1 and to Local Rule 87.1, hereby discloses the following:

Defendant WAL-MART STORES EAST, LP is a Delaware limited partnership, of which WSE Management, LLC is the only general partner, and WSE Investment, LLC is the only limited partner. The sole member of WSE Management, LLC and of WSE Investment, LLC is Wal-Mart Stores East, LLC, and the sole member of Wal-Mart Stores East, LLC is Walmart Inc. Walmart Inc. is a Delaware corporation with its principal place of business in the State of Arkansas, and it was not a citizen of the State of Georgia at the time of or immediately prior

to the filing and service of this lawsuit or at any time thereafter. The principal place

of business for all entities mentioned in this paragraph is 702 SW 8th Street,

Bentonville, AR   72716.

McLAIN & MERRITT, P.C.

*/s/ Nicholas E. Deeb*
Nicholas E. Deeb
Georgia Bar No. 117025
Attorney for Defendant
WAL-MART STORES EAST, LP

3445 Peachtree Road, N.E., Suite 500
Atlanta GA   30326
(404) 365-4535
(404) 364-3138 (fax)
ndeeb@mmatllaw.com

## CERTIFICATE OF SERVICE

This is to certify that on March 7, 2025, I electronically filed a **DEFENDANT WAL-MART STORES EAST, LP'S JURISDICTION STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

McLAIN & MERRITT, P.C.

*/s/ Nicholas E. Deeb*
Nicholas E. Deeb
Georgia Bar No. 117025
Attorney for Defendant
WAL-MART STORES EAST, LP

3445 Peachtree Road, N.E., Suite 500
Atlanta GA   30326
(404) 365-4535
(404) 364-3138 (fax)
ndeeb@mmatllaw.com