IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

## SUPERSEDEAS BOND

Bond No. ___108200169___
TR #10549

_____Andrew L Williams_____
Plaintiff,

vs.

CASE NO. _____

_____Walmart Stores East, LP_____
Defendants,

KNOW ALL MEN BY THESE PRESENTS that ___Wal-Mart Stores East, LP___ as Principal and, ___Travelers Casualty and Surety Company of America___ as Surety are held and bound unto ___Andrew L Williams___ in the amount not to exceed ___Three million six hundred forty-six thousand eight hundred thirty-seven dollars and 02/100___ Dollars ( ___$3,646.837.02___ ) for the true payment hereof, we bind ourselves, our heirs, executors and administrators firmly by these presents.

NOW THEREFORE, the condition of this obligation is such that if the undersigned ___Walmart Stores East, LP___, shall well and truly prosecute said pending motion to set aside, post-judgment motions, and/or appeal with effect, or shall fail therein, shall satisfy the judgment of said Court, then obligation shall be void, otherwise to remain in full force and effect. This bond is made pursuant to Federal Rule of Civil Procedure 62(b) for staying enforcement of the judgment through resolution of the pending motion to set aside, post-judment motions and/or appeal.

The maximum liability of the surety shall not exceed the penal sum of
___Three million six hundred forty-six thousand eight hundred thirty-seven dollars and 02/100___
Dollars ( ___$3,646.837.02___ ).

Signed, sealed and dated ___March 3, 2025___

___Walmart Stores East, LP___

By: _____
Chad Pekron, Senior Vice President and Chief Counsel for Litigation

___Travelers Casualty and Surety Company of America___

By: _____
JoAnn R. Frank, Attorney-in-Fact
GA License No. 750140

State of _____Missouri_____ }
County of _____St. Louis_____ } ss:

On _____March 3, 2025_____, before me, a Notary Public in and for said County and State, residing therein, duly commissioned and sworn, personally appeared

_____JoAnn R. Frank_____

known to me to be Attorney-in-Fact of ___Travelers Casualty and Surety Company of America___
the corporation described in and that executed the within and foregoing instrument, and known to me to be the person who executed the said instrument in behalf of the said corporation, and he duly acknowledged to me that such corporation executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal, the day and year stated in this certificate above.

My Commission Expires _____July 29, 2028_____

_Cynthia L. Choren_

Cynthia L. Choren                    Notary Public

CYNTHIA L. CHOREN
Notary Public, Notary Seal
State of Missouri
St. Louis County
Commission # 20514163
My Commission Expires 07-29-2028



| | Travelers Casualty and Surety Company of America |
| --- | --- |
| **TRAVELERS** | **Travelers Casualty and Surety Company of America**<br>**Travelers Casualty and Surety Company**<br>**St. Paul Fire and Marine Insurance Company** |

## POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS**: That Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company are corporations duly organized under the laws of the State of Connecticut (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint _____JoAnn R. Frank_____ of _____St. Louis_____, _____Missouri_____, their true and lawful Attorney(s)-in-Fact to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**IN WITNESS WHEREOF**, the Companies have caused this instrument to be signed, and their corporate seals to be hereto affixed, this **21st** day of **April, 2021.**



State of Connecticut

City of Hartford ss.

By: _____
Robert L. Raney, Senior Vice President

On this the **21st** day of **April, 2021**, before me personally appeared **Robert L. Raney**, who acknowledged himself to be the Senior Vice President of each of the Companies, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of said Companies by himself as a duly authorized officer.

**IN WITNESS WHEREOF**, I hereunto set my hand and official seal.

My Commission expires the **30th** day of **June, 2026**

_____
Anna P. Nowik, Notary Public

This Power of Attorney is granted under and by the authority of the following resolutions adopted by the Boards of Directors of each of the Companies, which resolutions are now in full force and effect, reading as follows:

**RESOLVED**, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the Company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her; and it is

**FURTHER RESOLVED**, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary; and it is

**FURTHER RESOLVED**, that any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary; or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority; and it is

**FURTHER RESOLVED**, that the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any Power of Attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such Power of Attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding on the Company in the future with respect to any bond or understanding to which it is attached.

I, **Kevin E. Hughes**, the undersigned, Assistant Secretary of each of the Companies, do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which remains in full force and effect.

Dated this _____3rd_____ day of _____March_____, _____2025_____.

_____
Kevin E. Hughes, Assistant Secretary

*To verify the authenticity of this Power of Attorney, please call us at 1-800-421-3880.*
*Please refer to the above-named Attorney(s)-in-Fact and the details of the bond to which this Power of Attorney is attached.*

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

HARTFORD, CONNECTICUT  06183

FINANCIAL STATEMENT AS OF DECEMBER 31, 2023

CAPITAL STOCK $ 6,480,000

| ASSETS | | LIABILITIES & SURPLUS | |
|---|---:|---|---:|
| BONDS | $ 5,104,395,801 | LOSSES | $ 1,495,036,900 |
| STOCKS | 119,333,643 | LOSS ADJUSTMENT EXPENSES | 146,791,770 |
| CASH AND INVESTED CASH | 30,541,608 | COMMISSIONS | 55,734,579 |
| OTHER INVESTED ASSETS | 8,355,939 | OTHER EXPENSES | 55,546,499 |
| SECURITIES LENDING REINVESTED COLLATERAL ASSETS | 13,350,613 | TAXES, LICENSES AND FEES | 15,857,431 |
| INVESTMENT INCOME DUE AND ACCRUED | 43,617,243 | CURRENT FEDERAL AND FOREIGN INCOME TAXES | 5,300,838 |
| PREMIUM BALANCES | 325,304,977 | UNEARNED PREMIUMS | 1,515,112,686 |
| REINSURANCE RECOVERABLE | 27,997,684 | ADVANCE PREMIUM | 4,091,249 |
| NET DEFERRED TAX ASSET | 72,421,341 | POLICYHOLDER DIVIDENDS | 21,388,522 |
| GUARANTY FUNDS RECEIVABLE OR ON DEPOSIT | 1,798,901 | CEDED REINSURANCE NET PREMIUMS PAYABLE | 62,914,516 |
| OTHER ASSETS | 818,309 | AMOUNTS WITHHELD / RETAINED BY COMPANY FOR OTHERS | 21,072,858 |
| | | REMITTANCES AND ITEMS NOT ALLOCATED | 7,201,721 |
| | | PROVISION FOR REINSURANCE | 9,891,783 |
| | | PAYABLE FOR SECURITIES LENDING | 13,350,613 |
| | | OTHER ACCRUED EXPENSES AND LIABILITIES | 409,380 |
| | | TOTAL LIABILITIES | $ 3,429,701,342 |
| | | | |
| | | CAPITAL STOCK | $ 6,480,000 |
| | | PAID IN SURPLUS | 433,803,760 |
| | | OTHER SURPLUS | 1,877,950,956 |
| | | TOTAL SURPLUS TO POLICYHOLDERS | $ 2,318,234,716 |
| TOTAL ASSETS | $ 5,747,936,058 | TOTAL LIABILITIES & SURPLUS | $ 5,747,936,058 |

STATE OF CONNECTICUT          )

COUNTY OF HARTFORD          ) SS.

CITY OF HARTFORD          )

MICHAEL J. DOODY, BEING DULY SWORN, SAYS THAT HE IS VICE PRESIDENT – FINANCE, OF TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,

AND THAT TO THE BEST OF HIS KNOWLEDGE AND BELIEF, THE FOREGOING IS A TRUE AND CORRECT STATEMENT OF THE FINANCIAL CONDITION OF SAID

COMPANY AS OF THE 31ST DAY OF DECEMBER, 2023.

_____
VICE PRESIDENT – FINANCE

_____
NOTARY PUBLIC

SUBSCRIBED AND SWORN TO BEFORE ME THIS
15TH DAY OF MARCH, 2024

SUSAN M. WEISSLEDER
Notary Public
My Commission Expires November 30, 2027