IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRCT OF GEORGIA
ATHENS DIVISION

ANDREW L. WILLIAMS,                                        Civil Action File No.
                                                          3:25-cv-00033-CDL
              Plaintiff,

v.

WAL-MART STORES EAST, LP

              Defendant.

_____/

**ORDER GRANTING DEFENDANT'S MOTION STAYING
EXECUTION OF JUDGMENT AND APPROVING SUPERSEDEAS BOND**

Pursuant to Fed. R. Civ. Proc. 62(b), Defendant Wal-Mart Stores East, LP

filed a Motion for an order staying execution of judgment and requesting the Court

to set a bond.  (ECF No. 1-4).  Having duly considered this Motion, the Court

hereby GRANTS the Motion and APPROVES the bond (ECF No. 1-5) in the

amount not to exceed $3,646,837.02. Accordingly, execution of the judgment is

hereby STAYED until at least 30 days after disposition of pending post-judgment

motions and, if necessary, an appeal outcome, whichever is later.

**SO ORDERED,** this _____ day of _____, _____.


_____
HON. CLAY D. LAND
UNITED STATES DISTRICT COURT


Page 1

Prepared by:

McLAIN & MERRITT, P.C.

*/s/ Nicholas E. Deeb*
Nicholas E. Deeb
Georgia Bar No. 117025
Attorney for Defendant
WAL-MART STORES EAST, LP

3445 Peachtree Road, N.E., Suite 500
Atlanta GA  30326
(404) 365-4535
(404) 364-3138 (fax)
ndeeb@mmatllaw.com