IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRCT OF GEORGIA
ATHENS DIVISION

ANDREW L. WILLIAMS,                                    Civil Action File No.
                                                       3:25-cv-00033-CDL

        Plaintiff,

v.

WAL-MART STORES EAST, LP

        Defendant.

                               /

## DEFENDANT WAL-MART STORES EAST, LP'S MOTION TO SET ASIDE, OPEN DEFAULT JUDGMENT, OR, IN THE ALTERNATIVE, FOR NEW TRIAL

COMES NOW Defendant Wal-Mart Stores East, LP, and, pursuant to

O.C.G.A. §§ 9-11-55, 9-11-60, 5-5-40, 5-5-41, 5-5-20, 5-5-21, Fed. R. Civ. Proc. 59, and

Fed. R. Civ. Proc. 60,[1] hereby moves to set aside default judgment and open

default so as to allow Walmart to defend this case on the merits, or, in the

alternative, for new trial because the verdict is contrary to law, evidence, and

---

[1] Contemporaneously with the filing of this Motion, Walmart is filing a Notice of Removal, and is removing this case to federal court on the basis of diversity jurisdiction. "Once a civil case is removed to federal court, the Federal Rules of Civil Procedure apply to that action." *Amin-Patel v. Emory Univ.*, CIVIL ACTION FILE NO. 1:19-CV-1213-MHC, 2019 WL 13268143, at *2 (N.D. Ga. July 8, 2019) (*citing* Fed. R. Civ. P. 81(c)(1)). For this reason, the brief in support of this Motion cites the federal rules and case law that will be applied by the district court after removal in addition to the Georgia equivalents.

strongly against the weight of the evidence. In support of this Motion, Defendant pays costs, files an Answer instanter under oath, announces ready for trial, submits the attached Brief in Support, and the following exhibits:

A. Affidavit of Food & Consumables Coach Kayla Parham

B. Affidavit of Asset Protection Operations Coach Nick DiMarco

C. Affidavit of Associate Brittany Wilson

D. Video-1 (Part 1 and Part 2)

E. Video-2 (Part 1 and Part 2)

F. Still Shots from First Camera Angle

G. Still Shots from Second Camera Angle

H. Picture of Spill

I. Associate Witness Statement of Aunwan Murray

J. Georgia State of Emergency Orders and Press Release

K. Picture of Soup Container Dropped by Customer

L. Typed Incident Report

M. Associate Witness Statement of Gwendolyn Fisher

N. Letter from Plaintiff's Counsel

Because Walmart properly removes this case to federal court contemporaneously with this Motion, Walmart requests a hearing be set equivalent to a rule nisi in

federal court.

WHEREFORE, Walmart respectfully requests that this Motion be granted.

Respectfully submitted,

McLAIN & MERRITT, P.C.

*/s/ Nicholas E. Deeb*
Nicholas E. Deeb
Georgia Bar No. 117025
Attorney for Defendant

3445 Peachtree Road, N.E., Suite 500
Atlanta, GA 30326; (404) 266-9171
ndeeb@mmatllaw.com

### RULE NISI/REQUEST FOR HEARING IN
### FOR FEDERAL COURT AFTER REMOVAL

The above motion having been read and considered, let the same be filed and served pursuant to law and *Andrew Williams* is hereby required to show cause before me at _____ o'clock, *[A.M./P.M.]*, on the _____ day of _____, _____, at _____, why said motion should not be granted.

This _____ day of _____, _____.

The Honorable _____

_____

CERTIFICATE OF SERVICE

This is to certify that on March 6, 2025, I electronically filed **DEFENDANT WAL-MART STORES EAST, LP'S MOTION TO SET ASIDE, OPEN DEFAULT JUDGMENT, OR, IN THE ALTERNATIVE, FOR NEW TRIAL AND BRIEF IN SUPPORT OF** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

McLAIN & MERRITT, P.C.

*/s/ Nicholas E. Deeb*
Nicholas E. Deeb
Georgia Bar No. 117025
Attorney for Defendant
WAL-MART STORES EAST, LP

3445 Peachtree Road, N.E., Suite 500
Atlanta, GA 30326
(404) 266-9171; ndeeb@mmatllaw.com