IN THE SUPERIOR COURT OF HART COUNTY
STATE OF GEORGIA

ANDREW L. WILLIAMS,                                    Civil Action File No.
                                                      24HV00346
          Plaintiff,

v.

WAL-MART STORES EAST, LP

          Defendant.

_____/

## AFFIDAVIT OF KAYLA PARHAM

Personally appeared before me, the undersigned officer duly authorized to administer oaths, Kayla Parham, who after first being sworn, deposes and states:

1.

I am more than 18 years old, and this affidavit is based on my personal knowledge.

2.

I am the Food & Consumables Coach for Walmart store number 1111 (the "Store") located in Hartwell, Hart County, Georgia.

3.

On August 3, 2024, Georgia's Governor issued an executive order declaring

Page 1

**EXHIBIT "A"**

a state of emergency for the entire State due to Tropical Storm Debby. (Exhibit "J," Georgia State of Emergency Orders and Press Release). The state of emergency, which the Governor extended several times, lasted through August 20th. (Id.). Walmart often experiences substantially increased demand before and during major weather events, as people stock up on food and merchandise in preparation for it and, especially in the case of the Hartwell store during this storm, as other people traveled to the area to avoid the most direct storm path. As a result, during that time, the store was preparing for disruptions, not only from the storm itself, but from the anticipated heightened demand. I managed the Food and Consumables department, which, as is typical with weather events, was the most stressed department. During the declared emergency, on August 7, 2024, a sheriff's deputy served lawsuit papers on me while I was working at the Store. I placed the lawsuit papers in the Asset Protection Office on Asset Protection Operations Coach Nick DiMarco's desk in front of the computer for Coach DiMarco.

4.

The Store has a system and procedural safeguards for transmitting legal documents served at the Store to Walmart's legal department. Salaried managers who are served with process are instructed to provide the legal papers to Asset

Page 2

Protection Operations Coach DiMarco. If the papers were not personally handed to him, the salary manager is supposed to follow up with Coach DiMarco to confirm that he received it.

5.

While the Store had this system and procedural safeguards in place, I forgot to follow up with Coach DiMarco to confirm that he received the lawsuit papers. Had I not been preoccupied with the ongoing storm emergency and the resultant unusual demands in the food department, I would have done so. This is the only time that I ever had an issue in transmitting legal documents served on me to the AP Ops Coach.

FURTHER AFFIANT SAYETH NOT.

This 6 day of March, 2025.

Kayla Parham

Sworn to me and subscribed
before me this 6 day of
March, 2025.
Notary Public
My Commission Expires: 11/17/24

Mae Asden Kinder

Page 3

MAE ASDEN KINDER
NOTARY PUBLIC
Hart County, Georgia
My Commission Expires 11/17/26