IN THE SUPERIOR COURT OF HART COUNTY
STATE OF GEORGIA

ANDREW L. WILLIAMS,

        Plaintiff,

v.

WAL-MART STORES EAST, LP

        Defendant.

_____/

Civil Action File No.
24HV00346

## AFFIDAVIT OF NICHOLAS DiMARCO

Personally appeared before me, the undersigned officer duly authorized to administer oaths, Nicholas DiMarco, who after first being sworn, deposes and states:

1.

I am more than 18 years old, and this affidavit is based on my personal knowledge.

2.

I am the Asset Protection Operations Coach for Walmart store number 1111 (the "Store") located in Hartwell, Hart County, Georgia. My duties include transmitting legal documents served at the Store to Walmart's legal department.

Page 1

**EXHIBIT "B"**

The Store has a system and procedural safeguards for ensuring that transmittal. Salaried managers who are served with process are instructed to provide the papers to me.  If legal papers were left at my desk rather than handed to me, the manager would follow up to confirm receipt. I would, in turn, send the papers electronically to the legal department. I would receive a notification after the legal department received the papers.

3.

On February 19, 2025, I first learned of this lawsuit after the State court had already entered a default judgment against Walmart.  After an extensive search I found the papers in the back of the filing cabinet drawer unrelated to delivered legal papers.  The papers were in a manilla folder with handwriting I do not recognize.  The filing cabinet drawer contained files in similar manilla folders.

4.

After investigating what happened to the lawsuit papers, I now understand that, on Wednesday, August 7, 2024, a sheriff's deputy served lawsuit papers on Food & Consumables Coach Kayla Parham.  I was not working that day.

5.

On August 3, 2024, Georgia's Governor issued an executive order declaring

a state of emergency for the entire State due to Tropical Storm Debby. (Exhibit "J," Georgia State of Emergency Orders and Press Release). The state of emergency, which the Governor extended several times, lasted through August 20th. (Id.). Walmart often experiences substantially increased demand before and during major weather events, as people stock up on food and merchandise in preparation for it and, especially in the case of the Hartwell store during this storm, as other people traveled to the area to avoid the most direct storm path. As a result, during that time, the store was preparing for disruptions, not only from the storm itself, but from the anticipated heightened demand. Kayla Parham was a manager at the store. She managed the Food and Consumables department, which, as is typical with weather events, was the most stressed department. During the declared emergency, on August 7, 2024, a sheriff's deputy served Plaintiff's lawsuit papers on Parham while she was working at the store.

6.

I did not know that Coach Parham had been served with the lawsuit papers, and I did not know that a lawsuit had been filed. Because someone moved the papers to a file cabinet drawer unrelated to delivered lawsuit papers and which

Page 3

happened to contain files in similar manila folders, I never received the papers, and did not transmit them to the legal department. Coach Parham did not follow up with me.

7.

Service by the sheriff of the lawsuit papers on Coach Parham on August 7, 2024, was the *only service or notice* provided to the Store or Walmart of lawsuit before February 18, 2025. During my ten-year tenure in this role at this and other Georgia Walmart stores, I am unaware of any other failure of the service protocols.

FURTHER AFFIANT SAYETH NOT.

This ⅃ day of March , 2025.

Nicholas DiMarco

Sworn to me and subscribed
before me this ⅃ day of
March , 2025.
Notary Public
My Commission Expires: 11|17|26

Mae Asden Kinder

MAE ASDEN KINDER
NOTARY PUBLIC
Hart County, Georgia
My Commission Expires: 11|17|26

Page 4