IN THE SUPERIOR COURT OF HART COUNTY
STATE OF GEORGIA

ANDREW L. WILLIAMS,                                Civil Action File No.
                                                   24HV00346
        Plaintiff,

v.

WAL-MART STORES EAST, LP

        Defendant.
_____/

## DECLARATION OF BRITTANY WILSON

Personally appeared before me, the undersigned officer duly authorized to administer oaths, Brittany Wilson, who after first being sworn, deposes and states:

1.

I am more than 18 years old, and this affidavit is based on my personal knowledge.

2.

On February 4, 2024, I was working as an associate at Walmart store number 1111 (the "Store") located in Hartwell, Hart County, Georgia.

3.

I understand that, on February 4, 2024, Plaintiff Andrew Williams allegedly

Page 1                                    **EXHIBIT "C"**

slipped and fell on a spill of soup at the Store near the deli at approximately 7 p.m.

4.

On February 4, 2024, I followed safety policies and procedures for looking for and removing spills, foreign objects, and other safety hazards. If I saw any spill, I would clean it up, remove it, or guard it until another associate arrived.

5.

On February 4, 2024, I had inspected the floor in the area of the accident less than fifteen minutes beforehand, and it was free of any hazards. There was no spill.

6.

I did not have any knowledge of any liquid, foreign object, foreign substance, or any hazard on the floor prior to Plaintiff's incident.

7.

I did not witness Plaintiff's incident, and I was not in the area at the time Plaintiff's incident occurred.

FURTHER AFFIANT SAYETH NOT.

Page 2

This $\underline{6}$ day of $\underline{March}$ , 2025.

Brittany Wilson

Sworn to me and subscribed
before me this $\underline{6}$ day of
$\underline{March}$ , 2025.
Notary Public
My Commission Expires: 11|17|26

MAE ASDEN KINDER
NOTARY PUBLIC
Hart County, Georgia
My Commission Expires 11|17|26

Page 3