

2024-02-04 06:57:21 PM -0500

Ex. F - Still Shots
of Incident from
First Camera Angle









Page 6 of 11





Page 7 of 11

Page 8 of 11







Page 11 of 11

