

Ex. G - Still Shots of Incident from Second Camera Angle





















