

EXHIBIT H
(PICTURE OF SPILL)