## Associate Witness Statement



First Name:    Aunwan

Last Name:    Murray

Associate Title:    Asset Protection Associate

Role in Incident:    reporter

Contact Information

    Phone Number:    ████████████████████

    E-Mail Address:    ████████████████████

    Work Shifts:    Morning    **X** Afternoon    Evening

    Best Contact Time(s):    Morning    **X** Afternoon    **X** Evening

Physical Injury

    Signs of Physical Injury:    Yes    **X** No

    Description of Injury:

    Observation:

      Customer slipped on soup that was dropped by another customer and fell

*It is unlawful for any person to obtain any benefit by fraud. Any person knowingly doing so may be exposed to potential criminal and/or civil penalties.*

Witness Signature:

**EXHIBIT "I"**

Mon, 05 Feb 2024 00:40:13 UTC                                                                 Page 1 of 1