Case 3:25-cv-00033-CDL Document 5-9 Filed 03/07/25 Page 1 of 11

**AUGUST 03, 2024**

# Georgia Prepares for Tropical Storm Debby; SOE Declared

(ATLANTA) – Governor Brian Kemp has declared a State of Emergency for all 159 counties in Georgia due to Tropical Storm Debby which has formed over the Gulf of Mexico. Debby is forecast to reach hurricane strength before making landfall along the Florida Big Bend on Monday.

Debby is forecast to move into Georgia on Monday, with tropical storm force winds possible in South Georgia, which could lead to downed trees and power lines. There is also an increasing risk of significant flooding from rainfall in Southeast Georgia beginning Monday and continuing through at least Tuesday.

In preparation for the storm, the State Operations Center (SOC) will elevate to a full-scale activation level at 7 a.m. on August 4, 2024. Georgia Emergency Management and Homeland Security Agency (GEMA/HS) will continue to monitor the storm and is ready to assist local emergency management agencies should the need arise.

"As our agency braces for potential impacts from Tropical Storm Debby, we'd like to encourage all residents and visitors to pay attention to trusted news sources, weather alerts and local officials," said GEMA/HS Director Chris Stallings.

EXHIBIT J

Case 3:25-cv-00033-CDL    Document 5-9    Filed 03/07/25    Page 2 of 11

In case of flooding, do not drive or walk through standing water or drive around barricades. Stay away from downed power lines to avoid the risk of electric shock or electrocution. If a tornado warning is issued, storm cellars or basements provide the best protection. If an underground shelter is not available, go to a small, windowless interior room or hallway on the lowest floor possible.

For more information on how to prepare, visit **https://gema.georgia.gov/plan-prepare/ready-georgia (https://gema.georgia.gov/plan-prepare/ready-georgia)**.

###

As part of the Office of the Governor, the Georgia Emergency Management and Homeland Security Agency collaborates with local, state and federal governments in partnership with private sector and non-governmental organizations to protect life and property against man-made and natural emergencies. GEMA/HS's *Ready Georgia* website and preparedness campaign provides Georgians with the knowledge needed to effectively prepare for disasters. Go to **gema.georgia.gov/plan-prepare/ready-georgia (https://gema.georgia.gov/plan-prepare/ready-georgia)** for information on developing a custom emergency plan and Ready kit.



# THE STATE OF GEORGIA

## EXECUTIVE ORDER

---

## BY THE GOVERNOR:

### STATE OF EMERGENCY FOR TROPICAL DEPRESSION 4

**WHEREAS:** Tropical Depression 4 is forecasted to travel into the eastern Gulf of Mexico and become Tropical Storm Debby this evening, Saturday, August 3, 2024, or early on Sunday, August 4, 2024; and

**WHEREAS:** The storm is forecasted to make landfall in the early morning on Monday, August 5, 2024, along areas of the Florida gulf coast and portions of the Florida panhandle and is projected to travel northwest affecting areas in south central Georgia and southeast coastal Georgia; and

**WHEREAS:** The National Hurricane Center forecasts that this storm may produce heavy rainfall, storm surge, and flooding in the State of Georgia; and

**WHEREAS:** This storm has the potential to produce severe impacts to citizens throughout south central and southeast coastal Georgia; and

**WHEREAS:** Preliminary reports from county emergency management agencies and the Georgia Emergency Management and Homeland Security Agency indicate a need for assistance in the impacted counties; and

**WHEREAS:** Assistance from the State of Georgia is necessary to provide for the public's safety, protect public and private property, and maintain the social and economic welfare of the State; and

**WHEREAS:** The Federal Motor Carrier Safety regulations, 49 C.F.R. § 390, et seq., limit the hours of operators of commercial motor vehicles may drive; and

**WHEREAS:** 49 C.F.R. § 390.23 allows the Governor of a State to suspend these rules and regulations for up to 30 days if the Governor determines that an emergency condition exists; and

**WHEREAS:** The Governor is vested with the emergency powers cited herein as the Chief Executive of this State; and

| | |
|---|---|
| **WHEREAS:** | Code Section 38-3-28 provides that "[a]ll orders, rules, and regulations promulgated by the Governor" have the force and effect of law; and |
| **WHEREAS:** | As Chief Executive, the Governor is tasked with protecting the citizens of this State, including during a state of emergency; and |
| **WHEREAS:** | Code Section 38-3-51(c)(1) vests the Governor with the power to enforce all laws, rules, and regulations relating to emergency management and to assume direct operational control of all civil forces and helpers in the state; and |
| **WHEREAS:** | Code Section 38-3-51(c)(4) vests the Governor with the power to perform and exercise such other functions, powers, and duties as may be deemed necessary to promote and secure the safety and protection of the civilian population; and |
| **WHEREAS:** | In consultation with state emergency preparedness officials, I have determined that the following actions are necessary and appropriate to protect the health, safety, and welfare of Georgia's residents and visitors. |
| | **NOW, THEREFORE, PURSUANT TO CODE SECTIONS 38-3-28 AND 38-3-51, AND THE AUTHORITY VESTED IN ME AS GOVERNOR OF THE STATE OF GEORGIA, IT IS HEREBY** |
| **ORDERED:** | That a State of Emergency exists in the State of Georgia due to the potential negative impact of Tropical Depression 4. |
| | **IT IS FURTHER** |
| **ORDERED:** | That all resources of the State of Georgia be made available to assist in preparation, response, and recovery activities throughout the affected areas, and the Georgia Emergency Management and Homeland Security Agency shall activate the Georgia Emergency Operations Plan. |
| | **IT IS FURTHER** |
| **ORDERED:** | That state agencies shall coordinate all public and emergency information, activities, releases, and response efforts related to this emergency with the Georgia Emergency Management and Homeland Security Agency. |

IT IS FURTHER

ORDERED:    That the Georgia Department of Transportation and Georgia Department of Public Safety shall take all necessary action to ensure the expeditious movement of utility vehicles, equipment, and personnel through the State to eliminate power outages.

IT IS FURTHER

ORDERED:    That state agencies shall provide sufficient personnel required for the staffing of the Georgia State Operations Center or other command, control, and coordination points as may be designated by the Director of the Georgia Emergency Management and Homeland Security Agency and shall provide such personnel, vehicles, equipment, and other resources needed to protect life and property and to ensure continuation, restoration, and recovery of essential public services.

IT IS FURTHER

ORDERED:    That the federal rules and regulations limiting hours that operators of commercial vehicles may drive are suspended to ensure the uninterrupted supply of goods and services necessary to respond to this State of Emergency for Tropical Depression 4, including petroleum products. This declared emergency justifies a suspension of Part 395 (driver's hours of service) of Title 49 of the Code of Federal Regulations. The suspension will remain in effect for thirty (30) days or until the emergency condition ceases to exist, whichever is less. Nothing herein will be construed as an exemption from the Commercial Driver's License requirements in 49 C.F.R. § 383 and the financial requirements in 49 C.F.R. § 387.

IT IS FURTHER

ORDERED:    That no motor carrier operating under the terms of this State of Emergency for Tropical Depression 4 will require or allow an ill or fatigued driver to operate a motor vehicle. A driver who notifies a motor vehicle carrier that he or she needs immediate rest will be given at least ten (10) consecutive hours off-duty before being required to return to service.

IT IS FURTHER

ORDERED:    That weight, height, and length for any vehicle traveling through the State of Georgia, for the purposes of providing relief related to this State of Emergency, which traverses roadways maintained by the

State of Georgia, excluding interstates, shall not exceed the following:

    A. A maximum gross vehicle weight for vehicles equipped with five (5) weight-bearing axles, with an outer bridge span of not less than fifty-one (51) feet, shall not exceed a gross vehicle weight of ninety-five (95) thousand pounds, a maximum width of ten (10) feet, and an overall length of one hundred (100) feet. Continuous travel is authorized with the proper escorts.

    B. If the width of said vehicle exceeds eight (8) feet six (6) inches and is traveling after daylight, defined as thirty (30) minutes before sunset to thirty (30) minutes after sunrise, the transporter is required to have a vehicle front and a rear escort/amber light when traveling on a two-lane roadway and a vehicle rear escort when traveling on a four-lane highway. Transporters are responsible for ensuring that they have proper oversize signs, markings, flags, and escorts as defined in the Georgia Department of Transportation Rules and Regulations.

**IT IS FURTHER**

**ORDERED:**    That commercial vehicles operating outside the normal weight, height, and length restrictions under the authority of this State of Emergency shall be issued permits by the Georgia Department of Public Safety. Said vehicles shall be subject to any special conditions the Georgia Department of Public Safety may list on applicable permits. Nothing in this Executive Order shall be construed to allow any vehicle to exceed weight limits posted for bridges and like structures, nor shall anything in this Executive Order be construed to relieve compliance with restrictions other than those specified in this Order or from any statute, rule, order, or other legal requirement not specifically waived herein.

Oversize permits may be issued by the Georgia Department of Public Safety, Motor Carrier Compliance Division, during normal business hours, Monday through Friday by calling 404-635-8176 or through the Georgia Permitting and Routing Optimization System online portal at this website: www.gaprospermits.com.

**IT IS FURTHER**

**ORDERED:**    Pursuant to Code Section 10-1-393.4, price gouging related to goods and services necessary for preparation, response, and recovery activities for this State of Emergency for Tropical Depression 4,

including motor fuel, diesel fuel, and other petroleum products, would be detrimental to the social and economic welfare of the citizens of this State and is therefore prohibited.

IT IS FURTHER

**ORDERED:** That if one or more of the provisions contained in this Order shall be held to be invalid, in violation of the Georgia Constitution, in violation of Georgia law, or unenforceable in any respect, such invalidity, violation, or unenforceability shall not affect any other provisions of this Order, but, in such case, this Order shall be construed as if such invalid, illegal, or unenforceable provision had never been contained within the Order.

IT IS FURTHER

**ORDERED:** That no provision of this Order shall limit, infringe, suspend, or supplant any judicial order, judgment, or decree issued pursuant to the laws or constitution of this State or the laws or constitution of the United States, nor shall any person use any provision this Order as a defense to an action in violation of a judicial order, judgment, or decree by any court created pursuant to the laws or constitution of this State or the laws or constitution of the United States.

IT IS FURTHER

**ORDERED:** That this Order does not suspend operation of any state or federal law or regulation, except as specifically described herein.

IT IS FURTHER

**ORDERED:** The Office of the Governor may continue to issue guidance on the scope of this Order as needed through communication media, including social media, without need for further Executive Orders.

IT IS FURTHER

**ORDERED:** All provisions of the Order shall become effective upon signature and shall be valid for a period of five (5) days, expiring Thursday, August 8, 2024, at 11:59 P.M., unless this State of Emergency is renewed by the Governor.

IT IS FURTHER

**ORDERED:** That this Order shall be effective upon signature.

This 3rd day of August 2024.

_____
GOVERNOR



# THE STATE OF GEORGIA

## EXECUTIVE ORDER

---

BY THE GOVERNOR:

### EXTENDING THE STATE OF EMERGENCY FOR TROPICAL DEPRESSION 4

**PURSUANT TO CODE SECTION 38-3-51, AND THE AUTHORITY VESTED IN ME AS GOVERNOR OF THE STATE OF GEORGIA, IT IS HEREBY**

**ORDERED:**   That the State of Emergency for Tropical Depression 4 declared on August 3, 2024, by Executive Order No. 08.03.24.01, which is set to expire on August 8, 2024, at 11:59 P.M., is hereby extended for seven (7) days and shall expire on Thursday, August 15, 2024, at 11:59 P.M., unless it is otherwise renewed by the Governor.

**IT IS FURTHER**

**ORDERED:**   That this Order shall be effective upon signature.

This 7th day of August 2024.

_____

**GOVERNOR**



# THE STATE OF GEORGIA

## EXECUTIVE ORDER

---

BY THE GOVERNOR:

**EXTENDING THE STATE OF EMERGENCY
FOR TROPICAL DEPRESSION 4**

**PURSUANT TO CODE SECTION 38-3-51, AND THE AUTHORITY
VESTED IN ME AS GOVERNOR OF THE STATE OF GEORGIA, IT IS
HEREBY**

**ORDERED:**    That the State of Emergency for Tropical Depression 4 declared on August 3, 2024, by Executive Order No. 08.03.24.01, and extended by Executive Order No. 08.07.24.01, which is set to expire on August 15, 2024, at 11:59 P.M., is hereby extended for five (5) days and shall expire on Tuesday, August 20, 2024, at 11:59 P.M., unless it is otherwise renewed by the Governor.

**IT IS FURTHER**

**ORDERED:**    That the following provisions of the State of Emergency for Tropical Depression 4 shall not be extended and shall expire on August 15, 2024, at 11:59 P.M.:

(1) The suspension of the federal rules and regulations limiting hours that operators of commercial vehicles may drive pursuant to Part 395 of Title 49 of the Code of Federal Regulations; and

(2) The increase of weight, height, and length restrictions for vehicles traveling through the State of Georgia for the purposes of providing relief related to this State of Emergency.

**IT IS FURTHER**

**ORDERED:**    That the Authorization for the Georgia National Guard to provide up to two thousand (2,000) Georgia National Guard troops to assist with the preparation, response, and recovery efforts associated with this State of Emergency for Tropical Depression 4 pursuant to Executive Order No. 08.05.24.01 shall not be extended and shall expire on August 15, 2024, at 11:59 P.M.

**IT IS FURTHER**

**ORDERED:**          That this Order shall be effective upon signature.


This 14th day of August 2024.



<u>                     </u>

**GOVERNOR**