

EXHIBIT K (PICTURE OF SOUP CONTAINER DROPPED BY CUSTOMER)