

# Claim # L4236747

- Your form has been sent to the claims division.
- Please PRINT THIS FORM for your records before returning to main screen.



## STORE TYPE

Store/Location number : 1111
Base division number : 01 - WAL-MART STORES INC.

## STORE/LOCATION INFORMATION

Address : 1572 ANDERSON HWY,HARTWELL,GA,30643-7197
Phone : 706-376-5400
Manager : JONES, MAURICE
Division charged :
Section code :

## CLAIM TYPE

Type of Incident : SLIP/FALL/TRIP Claim involving a customer/member that alleges slip, fall, or trip.

## SLIP/FALL INFORMATION

Type of floor :
Defects ? —
Number of photos taken :
Was surface clean ? —
Description :
Was surface dry ? —
Description :
Obstructions ? —
Description :
If obstruction merchandise, its UPC# :
Item# :
Substance :
Source of substance :
Amount :
Condition of substance :
Customer wearing glasses ? —
Carrying bundles/objects ? —
Pushing cart ? —
Shoe type :
Weather conditions ?

## INCIDENT GENERAL INFORMATION

Date of loss : 2/4/2024 7:00:00 PM
Date facility notified of loss : 2/4/2024
Accident State : GA
Claim description : Claimant slipped on spilled soup. Claimant is complaining about knee aching
Does incident involve BI, PD, or both ? Bodily Injury
Was medical treatment sought at time of incident or mentioned by the customer/member ? —

### Incident Location Information

Did incident happen on premises ? Yes
Address where injury occurred : 1572 ANDERSON HWY,HARTWELL,GA,30643-7197
Phone :

### Witness Information

Name :
Address :
Phone :

### Associate with facts relating to loss

Name : —
Title :

### Associate first on scene

Name : Fisher,gwendolyn
Title : CASHIER



**Store Contact Information**

Name :
Shift : —
Work Phone :

**Preparer**

Name : Murray,Aunwan
Title : Asset Protection Associate
Shift : —

**Claimant # 1**

Name : Williams,Andrew
Associate ? —
Sex :
Address :
Home Phone # :
Work Phone # :
Birthdate :
Driver's License # :
Did customer continue to shop ?
Was Claimant a Minor ? No
Type of Injuries/Complaints : Says knee hurts and made a popping noise
Was ambulance called ? No
Was MD or hospital involved ? —

**Companion Information**

Did claimant have a companion ? Yes
Companion Name : Williams,Kaylin
Address :
Phone :

**Medical Provider Information**

Medical provider name :
Address :
Phone :

[ Back ]