## Associate Witness Statement



First Name:     gwendolyn

Last Name:     Fisher

Associate Title:     CASHIER

Role in Incident:     firstOnScene

Contact Information

   Phone Number:     ▮▮▮▮▮▮

   E-Mail Address:

Work Shifts:            Morning        Afternoon     **X** Evening

Best Contact Time(s):   Morning        Afternoon     **X** Evening

Physical Injury

   Signs of Physical Injury:          Yes          **X** No

   Description of Injury:

Observation:

I was walking to produce for my break and heard the guy call us and saw that he was on the floor and it was some type of sauce on the floor and he want on the floor on his knees he told us that he slipped on it

*It is unlawful for any person to obtain any benefit by fraud. Any person knowingly doing so may be exposed to potential criminal and/or civil penalties.*

Witness Signature:



**EXHIBIT "M"**