**Wolters Kluwer**

**CT Corporation**
**Service of Process Notification**
02/18/2025
CT Log Number 548431969

## Service of Process Transmittal Summary

**TO:** KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:** **Process Served in Georgia**

**FOR:** Wal-Mart Stores East, LP  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Andrew Williams // To: Wal-Mart Stores East, LP |
| **DOCUMENT(S) SERVED:** | Letter(s), First Post-Judgment Interrogatories And Request |
| **COURT/AGENCY:** | HART COUNTY - SUPERIOR COURT, GA<br>Case # 24HV00346 |
| **NATURE OF ACTION:** | Letter of Intent - Letter Requesting Production Of Documents To Wal-Mart Stores East, Lp |
| **PROCESS SERVED ON:** | The Corporation Company (FL), Cumming, GA |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 02/18/2025 postmarked on 02/17/2025 |
| **JURISDICTION SERVED:** | Georgia |
| **APPEARANCE OR ANSWER DUE:** | No later than 02/28/2025 |
| **ATTORNEY(S)/SENDER(S):** | Jeremiah T. Van Dora<br>The Van Dora Law Firm, Llc<br>Post Office Box 669<br>Hartwell, GA 30643<br>706-377-4044 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/18/2025, Expected Purge Date: 02/28/2025<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | The Corporation Company (FL)<br>410 Peachtree Parkway Suite 4245<br>Cumming, GA 30041<br>8775647529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT

EXHIBIT N



**CT Corporation**
**Service of Process Notification**
02/18/2025
CT Log Number 548431969

disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

ORIGIN ID:AHNA    (706) 377-4044
JEREMIAH VAN DORA
THE VAN DORA LAW FIRM
PO BOX 669

HARTWELL, GA 30643
UNITED STATES US

SHIP DATE: 17FEB25
ACTWGT: 0.50 LB
CAD: 4481159/INET4535

BILL SENDER

TO **WAL-MART STORES EAST, LP**

**410 PEACHTREE PARKWAY**
**SUITE 4245**
**CUMMING GA 30041**

(706) 377-4044        REF:
INV:
PO:                    DEPT:

58CJ4/26DE/C6C4





FedEx
Express

E

J251024121701uv

**TUE – 18 FEB 10:30A**
**PRIORITY OVERNIGHT**



TRK#
0201    7721 2967 0036

**37 AYSA**

**30041**
GA-US   **ATL**



After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



## THE VAN DORA
### L A W  F I R M,  L L C

**ATTORNEYS AT LAW**

| **Tash J. Van Dora** | **Jeremiah T. Van Dora** | **Tash M. A. Van Dora** |
| *tjv@vandoralaw.com* | *jvandora@vandoralaw.com* | *tvandora@vandoralaw.com* |

February 17, 2025

**VIA FEDEX OVERNIGHT**
**TRACKING NO.: 772129670036**
Wal-Mart Stores East, LP
c/o The Corporation Company (Registered Agent)
410 Peachtree Parkway, Suite 4245
Cumming, GA 30041

RE:   **DEMAND FOR PAYMENT OF JUDGMENT**
*Andrew Williams v. Wal-Mart Stores East, LP*
Superior Court of Hart County
Civil Action File No.: 24HV00346

Dear Wal-Mart Stores East, LP:

I am writing to you on behalf of my client, Mr. Andrew L. Williams, in relation to the judgment rendered against your corporation in the above-referenced case. A default judgment was entered against Wal-Mart Stores East, LP on September 25, 2024 (enclosed).

A damages hearing was held on January 15, 2025, and the Court has awarded $3,300,000.00 in favor of my client as compensation for the injuries sustained as a result of your corporation's actions. The Court also awarded court costs in the amount of $304.91 (enclosed).

---

The Court has issued a final judgment, and it is now your corporation's legal obligation to pay the full amount of the judgment without delay.  In addition to the principal judgment amount, please be advised that pursuant to O.C.G.A. § 7-4-12, post-judgment interest is accruing on the judgment at the rate of 10.5% per annum until the judgment is paid in full.

We demand immediate payment of the judgment sum in the amount of $3,330,000.00, plus any accrued post-judgment interest. Failure to comply with the judgment may result in further legal actions to enforce payment, including but not limited to garnishment of assets, bank accounts, or other enforcement measures permitted by law.

Please remit payment in full to one of the following addresses:

**Via UPS/FedEx/Courier**
Jeremiah T. Van Dora, Esq.
The Van Dora Law Firm, LLC
21 Vickery Street
Hartwell, GA 30643

Or

**Via U.S. Mail:**
Jeremiah T. Van Dora, Esq.
The Van Dora Law Firm, LLC
P.O. Box 669
Hartwell, GA 30643

The check must be made payable as follows:

**"Andrew L. Williams and The Van Dora Law Firm, LLC, his attorneys"**

Our firm EIN is 46-2123203.  Please see enclosed W-9.

We expect your prompt attention to this matter and request that payment be made no later than February 28, 2025.  Should you have any questions or wish to discuss a payment arrangement, please contact my office immediately at (706) 377-4044 or jvandora@vandoralaw.com.

If payment is not made by the specified date, we will have no choice but to take further legal steps to ensure enforcement of the judgment, which may incur additional costs and fees for your corporation.

We look forward to your prompt compliance with the judgment.

Sincerely,

JEREMIAH T. VAN DORA

Enclosures: Default Judgment,
            Judgment (Damages),
            W-9 - The Van Dora Law Firm, LLC

JTV:
cc: Mr. Andrew Williams (w/enclosures)

# V|F | THE VAN DORA
## L A W   F I R M ,   L L C

### ATTORNEYS AT LAW

| **Tash J. Van Dora** | **Jeremiah T. Van Dora** | **Tash M. A. Van Dora** |
|---|---|---|
| *tjv@vandoralaw.com* | *jvandora@vandoralaw.com* | *tvandora@vandoralaw.com* |

February 17, 2025

**VIA FEDEX OVERNIGHT**
**TRACKING NO.: 772129670036**
Wal-Mart Stores East, LP
c/o The Corporation Company (Registered Agent)
410 Peachtree Parkway, Suite 4245
Cumming, GA 30041

>  RE:   Andrew Williams v. Wal-Mart Stores East, LP
>          Superior Court of Hart County
>          Civil Action File No.: 24HV00346

Dear Wal-Mart Stores East, LP:

Enclosed please find your service copy of the following documents:

1. Plaintiff's First Post-Judgment Interrogatories;
2. Plaintiff's First Post-Judgment Request for Production of Documents;
3. Rule 5.2 Certificate of Service.

Sincerely,

**JEREMIAH T. VAN DORA**

Enclosures: as stated

JTV:
cc: Mr. Andrew Williams (w/o enclosures)

**HARTWELL OFFICE**

P.O. Box 669   |   21 Vickery Street   |   Hartwell, GA 30643

**ATHENS OFFICE**

The Bottleworks   |   Prince Avenue

**TELEPHONE**
**706.377.4044**

**IN THE SUPERIOR COURT OF HART COUNTY**
**STATE OF GEORGIA**

ANDREW L. WILLIAMS,

      Plaintiff,

vs.

WAL-MART STORES EAST, LP,

      Defendant.

CIVIL ACTION FILE №: 24HV00346

## PLAINTIFF'S FIRST POST-JUDGMENT INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO WAL-MART STORES EAST, LP

TO:   Wal-Mart Stores East, LP
       c/o The Corporation Company
       Registered Agent
       410 Peachtree Parkway, Suite 4245
       Cumming, GA 30041

Plaintiff Andrew L. Williams pursuant to O.C.G.A. §§ 9-11-33 and 9-11-34, submits herewith to Wal-Mart Stores East, LP, (hereinafter "Wal-Mart") in the above-styled case, for response within the time as required by law after service hereof, in the form provided by law, the following interrogatories and requests for production of documents, the same being continuing in nature, requiring a supplemental response upon the discovery of other or further information or documents affecting your response hereto.

In responding, you are requested to answer fully and produce all documents available to you or in your possession or in the possession of any agent, insurer, investigator or attorney acting in your behalf.

1

## **INTERROGATORIES**

### 1.

Please list all real property in which Wal-Mart has any interest. Please also state the street address, the city, the county, and the state in which each parcel is located.

### 2.

Please list all tangible property worth at least $250 in which Wal-Mart has any ownership interest and please state the exact location of each such item.

### 3.

List the names of all banks, savings institutions, or other financial institutions where Wal-Mart has an account, or in the name of another person or business, but against which Wal-Mart is authorized to draw checks or make withdrawals. Please also state the amount in each account as of receipt of these interrogatories.

### 4.

Please list the names, addresses, and telephone numbers of all accountants and/or attorneys you have employed or used in the last three (3) years.

2

## REQUEST FOR PRODUCTION OF DOCUMENTS

### 1.

Produce all copies of income tax returns filed by Wal-Mart with Federal, State and local governments for the last three (3) years.

### 2.

Produce all records of all banking accounts maintained by Wal-Mart including by not limited to monthly statements, deposit slips, and deposit books for the last three (3) years.

### 3.

All evidence of property and/or interest in property of every kind and character owned by Wal-Mart, individually and/or jointly with others, including reversionary interests, notes, corporate agreements, partnership agreements, and profit sharing statements.

### 4.

All deeds of any kind which name Wal-Mart as a grantee or grantor, individually and/or jointly with any other, relating to property in which Wal-Mart has equity or an interest.

### 5.

All automobile tag registration certificates and automobile title certificates naming Wal-Mart, individually and/or jointly with any other, as owner.

3

6.

All stock certificates, bond certificates, mutual funds certificates, and any other evidence of ownership of any interest in any corporation, or fund naming Wal-Mart, individually and/or jointly with any other, as owner.

7.

All copies of financial and/or net worth statements submitted by Wal-Mart to any bank or lending institution for the last three (3) years.

8.

Any and all agreements entered into between Wal-Mart and any other persons, firms, or corporations with respect to any business in which Wal-Mart is presently engaged.

9.

Any and all monthly, quarterly, or annual cash flow summaries, profit and loss statements, income statements of any nature for the last three (3) years.

10.

Any partnership agreements, stockholder's agreements, buy-sell agreements or other agreements of any nature relating to Wal-Mart or to any partnership, corporation, or other business entity which Wal-Mart has an interest.

4

11.

Any other documents which show property, real or personal, owned by Wal-Mart, wholly or partially, individually or jointly, and/or which show the value of the property.

12.

Any and all documents which show Wal-Mart's financial worth.

Respectfully submitted,

This 17th day of February 2025.

THE VAN DORA LAW FIRM, LLC

*/s/ Jeremiah T. Van Dora*
JEREMIAH T. VAN DORA
GEORGIA BAR NO. 798552
ATTORNEY FOR PLAINTIFF

THE VAN DORA LAW FIRM, LLC
POST OFFICE BOX 669
HARTWELL, GEORGIA 30643
TELEPHONE:   (706) 377-4044
FACSIMILE:   (678) 623-3859
E-MAIL:      JVANDORA@VANDORALAW.COM

5

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing

PLAINTIFF'S POST JUDGMENT INTERROGATORIES AND REQUEST FOR PRODUCTION

OF DOCUMENTS TO WAL-MART STORES EAST, LP by FedEx Statutory Overnight

Delivery, and addressed as follows:

**Wal-Mart Stores East, LP**
**c/o The Corporation Company (Registered Agent)**
**410 Peachtree Parkway, Suite 4245**
**Cumming, GA 30041**

This the 17th day of February 2025.

THE VAN DORA LAW FIRM, LLC

_/s/ Jeremiah T. Van Dora_
Jeremiah T. Van Dora
Attorney for Plaintiff
Georgia State Bar No. 798552

[Type here]

**IN THE SUPERIOR COURT OF HART COUNTY
STATE OF GEORGIA**

ANDREW L. WILLIAMS,

      Plaintiff,

VS.

WAL-MART STORES EAST, LP,

      Defendant.

CIVIL ACTION FILE №: 24HV00346

---

## CERTIFICATE OF DISCOVERY FILING PURSUANT TO RULE 5.2 OF THE UNIFORM COURT RULES

Pursuant to Uniform Superior Court Rule 5.2, the undersigned hereby certifies that on the date shown, Plaintiff, Andrew L. Williams, served copies of the following:

1.    Plaintiff's First Post-Judgment Interrogatories and Request for Production of Documents to Wal-Mart Stores East, LP.

by Statutory Overnight Delivery, postage prepaid and properly addressed as follows:

Respectfully Submitted, this 17th Day of February, 2025.

                              THE VAN DORA LAW FIRM, LLC

                              */s/ Jeremiah T. Van Dora*
                              JEREMIAH T. VAN DORA, ESQ.
                              GEORGIA BAR NO. 798552
                              ATTORNEY FOR PLAINTIFF

THE VAN DORA LAW FIRM, LLC
POST OFFICE BOX 669
HARTWELL, GEORGIA 30643
TELEPHONE:   (706) 377-4044
FACSIMILE:   (678) 623-3859
E-MAIL:      JVANDORA@VANDORALAW.COM

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing CERTIFICATE OF DISCOVERY FILING PURSUANT TO RULE 5.2 OF THE UNIFORM COURT RULES by FedEx Statutory Overnight Delivery, and addressed as follows:

**Wal-Mart Stores East, LP**
**c/o The Corporation Company (Registered Agent)**
**410 Peachtree Parkway, Suite 4245**
**Cumming, GA 30041**

This the 17th day of February 2025.

THE VAN DORA LAW FIRM, LLC


/s/ *Jeremiah T. Van Dora*
Jeremiah T. Van Dora
Attorney for Plaintiff
Georgia State Bar No. 798552