IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRCT OF GEORGIA
ATHENS DIVISION

ANDREW L. WILLIAMS,                                    Civil Action File No.
                                                       3:25-cv-00033-CDL
      Plaintiff,

v.

WAL-MART STORES EAST, LP

      Defendant.

                   /

**ORDER GRANTING DEFENDANT'S MOTION STAYING
EXECUTION OF JUDGMENT AND APPROVING SUPERSEDEAS BOND**

Pursuant to Fed. R. Civ. Proc. 62(b), Defendant Wal-Mart Stores East, LP filed a Motion for an order staying execution of judgment and requesting the Court to set a bond. (ECF No. 1-4). Having duly considered this Motion, the Court hereby GRANTS the Motion and APPROVES the bond (ECF No. 1-5) in the amount of $3,646,837.02. If the bond has not yet been executed and filed, Defendant shall file the fully executed bond within seven days of today's order. Accordingly, execution of the judgment is hereby STAYED until further order of the Court.

**SO ORDERED,** this 7th day of March, 2025.

S/Clay D. Land
HON. CLAY D. LAND
UNITED STATES DISTRICT COURT