# Exhibit 1

SHERIFF'S ENTRY OF SERVICE

Civil Action No. **24HV00346**

Date Filed **8-5-2024**

|  |  |
|---|---|
| Superior Court | ☒ |
| State Court | ☐ |
| Juvenile Court | ☐ |
| Magistrate Court | ☐ |
| Probate Court | ☐ |

Georgia, **HART** COUNTY

**FILED IN OFFICE**
CLERK OF SUPERIOR COURT
HART COUNTY, GEORGIA
**24HV00346**
**R. CHRIS PHELPS**
**AUG 12, 2024 02:18 PM**
Frankie Gray, Clerk
Hart County, Georgia

Attorney's Address

THE VAN DORA LAW FIRM, LLC
P.O. BOX 669
HARTWELL, GA 30643

Name and Address of Party to be Served.

WAL-MART STORES EAST, LP
1572 ANDERSON HWY
HARTWELL, GA 30643

ANDREW L. WILLIAMS
                                    Plaintiff

VS.

WAL-MART STORES EAST, LP
                                    Defendant


                                    Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**

☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**

☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows: age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION**

☒ Served the defendant _____Walmart_____ a corporation by leaving a copy of the within action and summons with _____Kayla Parham asst mgr_____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**

☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**

☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _7_ day of _Aug_, 20_24_.

_____ DEPUTY

SHERIFF DOCKET _____ PAGE _____