# Exhibit 2

⊞ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
HART COUNTY, GEORGIA

**24HV00346**

R. CHRIS PHELPS
SEP 24, 2024 01:35 PM

Frankie Gray, Clerk
Hart County, Georgia

**IN THE SUPERIOR COURT OF HART COUNTY
STATE OF GEORGIA**

ANDREW L. WILLIAMS,

    Plaintiff,

vs.

WAL-MART STORES EAST, LP,

    Defendant.

CIVIL ACTION FILE №: 24HV00346

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

COMES NOW Plaintiff Andrew L. Williams ("Plaintiff") and pursuant O.C.G.A. § 9-11-55 and Uniform Superior Court Rule 15 moves this Court for entry of default judgment against Defendant Wal-Mart Stores East, LP ("Defendant") for failure to file a timely answer pursuant to O.C.G.A. § 9-11-55 and shows the Court the following:

1.

On August 5, 2024, the Plaintiff filed this action against the Defendant in Hart County Superior Court. (Summons & Complaint, Exhibit "1").

2.

On August 7, 2024, Deputy Lamar Spears, Badge No. 7319, of the Hart County Sheriff's Office served Kayla Parham, assistant store manager fo the Defendant's Wal-Mart Store #1111 with each of the following: (a) SUMMONS, (b) COMPLAINT FOR DAMAGES, and (c) CASE FILING INFORMATION FORM. Said service upon Parham constituted valid service upon this action upon Defendant. *See* O.C.G.A. § 9-11-4(e)(1)(A), (B); also S.D.E. Inc. v. Finley, 340 Ga. App. 684 (2017). (Sheriff's Entry of Service, Exhibit "2").

3.

Deputy Spears Return of Service for his August 7, 2024 service on Defendant was filed with the Clerk of Court of Hart County Superior Court on August 12, 2024. (Sheriff's Entry of Service, Exhibit "2").

4.

The 30th day following Defendant being served with Summons and Complaint for this action was Friday, September 6, 2024.  Defendant failed to file an answer within 30 days of being served with summons and complaint for this action and the case went into automatic default.  O.C.G.A. § 9-11-55

5.

Defendant failed to open the default during the 15-day grace period following the case going into automatic default.  The 15-day grace period to open the default as a matter of right expired on Monday, September 23, 2024.

6.

As of the present date, Plaintiff certifies the Defendant has not filed any pleadings in this action seeking to open default or otherwise.

7.

Plaintiff's counsel certifies that he as spoken to the clerk of the court and reviewed the filed pleadings in the case and can find no evidence of the defendant having filed an answer in the case.  (Rule 15 Certificate of Default, Exhibit "3").

8.

Accordingly, Plaintiff is entitled to a judgment by default against Defendant as if every item and paragraph of Plaintiff's Complaint for Damages were supported by proper evidence, without the intervention of a jury, as to all issues.

WHEREFORE, Plaintiff Andrew L. Williams prays for the following:

(a) That a default judgment be entered against Defendant Wal-Mart Stores East, LP as to all issues; and

(b) That a hearing be scheduled either in chambers or in open court for Plaintiff to introduce evidence to establish his damages resulting from the Defendant's tortious conduct subject of this action and final judgment establishing Plaintiff's unliquidated damages be entered against the Defendant.

This 24th day of September, 2024.

Respectfully submitted,

**THE VAN DORA LAW FIRM, LLC**

/s/ *Jeremiah T. Van Dora*

_____
**JEREMIAH T. VAN DORA, ESQ.**
**GEORGIA BAR NO. 798552**
**ATTORNEY FOR PLAINTIFF**

THE VAN DORA LAW FIRM, LLC
POST OFFICE BOX 669
HARTWELL, GEORGIA 30643
TELEPHONE:    (706) 377-4044
FACSIMILE:    (678) 623-3859
E-MAIL:       JVANDORA@VANDORALAW.COM

# EXHIBIT 1
## SUMMONS & COMPLAINT

# SUPERIOR COURT OF HART COUNTY
# STATE OF GEORGIA

⊞ **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
HART COUNTY, GEORGIA

**24HV00346**

**R. CHRIS PHELPS**
**AUG 05, 2024 02:15 PM**

Frankie Gray, Clerk
Hart County, Georgia

CIVIL ACTION NUMBER   24HV00346

Williams, Andrew L

_____

**PLAINTIFF**

                                                    **VS.**

Wal-Mart Stores East, LP

_____

**DEFENDANT**

## SUMMONS

TO: WAL-MART STORES EAST, LP

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Jeremiah T Van Dora**
> **The Van Dora Law Firm, LLC**
> **P.O. Box 669**
> **Hartwell, Georgia 30643**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 5th day of August, 2024.**

                              Clerk of Superior Court

_____

Frankie Gray, Clerk
Hart County, Georgia

**EXHIBIT**

**1**

Page 1 of 1

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
HART COUNTY, GEORGIA

**24HV00346**
R. CHRIS PHELPS
AUG 05, 2024 02:15 PM

Frankie Gray, Clerk
Hart County, Georgia

**IN THE SUPERIOR COURT OF HART COUNTY
STATE OF GEORGIA**

ANDREW L. WILLIAMS,

    Plaintiff,

vs.

WAL-MART STORES EAST, LP,

    Defendant.

CIVIL ACTION FILE №:

**JURY TRIAL DEMANDED**

## COMPLAINT FOR DAMAGES

COMES NOW ANDREW WILLIAMS, Plaintiff, by and through his counsel of record and makes and files this complaint against WAL-MART STORES EAST, LP, Defendant showing this Honorable Court the following:

### PARTIES, JURISDICTION, AND VENUE

1.

Plaintiff is a citizen of the State of Georgia, resides in Hart County, Georgia, and subjects himself to the jurisdiction of this Court.

2.

Defendant, Wal-Mart Stores East, LP, is a foreign limited partnership existing under the laws of Delaware with its principal office located at 708 SW 8th Street, Bentonville, Arkansas, is authorized to transact business in the State of Georgia, and may be served delivering a copy of the Summons and Complaint on its registered agent for service, The Corporation Company, at 112 North Main


EXHIBIT
1

Street, Cumming, Georgia 30040.  Defendant is subject to the jurisdiction of this Court.

3.

The above-styled caption is an action for damages because of torts, wrong, or injury that occurred at Walmart Supercenter Store 1111, 1572 Anderson Highway, Hartwell, Georgia 30643.

4.

Jurisdiction and venue are proper in this Court.

**FACTS**

5.

Plaintiff realleges and incorporates by reference the foregoing paragraphs as if they fully restated verbatim herein.

6.

At all relevant times, Defendant Walmart Owned and operated Walmart Supercenter Store 1111 that is the subject of the above-styled caption.

7.

At the time of Plaintiff's fall and in the moments leading up to it, Plaintiff was exercising ordinary care for his own safety and was maintaining a proper lookout.   Nevertheless, Plaintiff fell because of the hazard that Defendant Walmart and its employees allowed to remain on the ground.



8.

As a direct and proximate result of Plaintiff slipping and falling, Plaintiff sustained serious physical, mental and emotional injuries; has endured immense pain, suffering and discomfort; and has incurred medical expenses.

### COUNT I – NEGLIGENCE CLAIM AGAINST DEFENDANT

9.

Plaintiff realleges and incorporates by reference the foregoing paragraphs as if they were fully restated verbatim herein.

10.

On or about February 4, 2024, Plaintiff was an invitee Defendant's store.

11.

An owner or occupier of land who invites others onto its premises for business, Defendant owes a duty to invitees, including Plaintiff, to exercise ordinary care to keeps its premises and approaches safe against foreseeable risks of injury.

12.

Defendant breached that duty by:

a) Creating the hazard;

b) Allowing a slip hazard to remain on the floor;

c) Failing to barricade the hazard; and/or

d) Failing to warn Plaintiff about the hazard.

**EXHIBIT**

**1**

13.

As a result of the conduct of Defendant and its employees, Plaintiff slipped on a foreign substance and fell violently to the floor.

14.

Defendant was the sole and proximate cause fo the fall that resulted in Plaintiff's serious injuries, including pain, suffering, discomfort, and substantial medical expenses.

**COUNT II – IMPUTED LIABILITY**

15.

Plaintiff realleges and incorporates by reference the foregoing paragraphs as if they were restated verbatim herein.

16.

At the time of the subject incident, employees of Defendant were working within the scope of their employment at Defendant's store number 1111.

17.

Defendant is responsible for the actions of its employees in the subject incident under the doctrine of *respondeat superior*.

WHEREFORE, Plaintiff prays for the following:

a) That process issue and service be had on Defendant;

b) That judgment be granted in favor of Plaintiff and against Defendant, in an amount to be determined by the enlightened conscience of a fair and impartial jury, for past and future medical and related expenses, lost

EXHIBIT

1

income past and/or future and/or diminished earning capacity, and past and future pain and suffering;

c) That Plaintiff recover the costs of this action; and

d) For such other and further relief as the Court deems just and proper.

Respectfully Submitted, this 5th Day of August, 2024.

THE VAN DORA LAW FIRM, LLC

/s/ *Jeremiah T. Van Dora*

_____

JEREMIAH T. VAN DORA, ESQ.
GEORGIA BAR NO. 798552
ATTORNEY FOR PLAINTIFF

THE VAN DORA LAW FIRM, LLC
POST OFFICE BOX 669
HARTWELL, GEORGIA 30643
TELEPHONE:   (706) 377-4044
FACSIMILE:   (678) 623-3859
E-MAIL:        JVANDORA@VANDORALAW.COM

**EXHIBIT**

**1**

## General Civil and Domestic Relations Case Filing Information Form

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
HART COUNTY, GEORGIA

**24HV00346**

R. CHRIS PHELPS

AUG 05, 2024 02:15 PM

Frankie Gray, Clerk
Hart County, Georgia

☑ **Superior** or ☐ **State Court of** <u>Hart</u>   **County**

| For Clerk Use Only | |
|---|---|
| **Date Filed** <u>08-05-2024</u> | **Case Number** <u>24HV00346</u> |
| **MM-DD-YYYY** | |

### Plaintiff(s)

Williams, Andrew L

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

### Defendant(s)

Wal-Mart Stores East, LP

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney** <u>Van Dora, Mr. Jeremiah T</u>   **Bar Number** <u>798552</u>   **Self-Represented** ☐

### Check one case type and, if applicable, one sub-type in one box.

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☑ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____   _____
Case Number                Case Number

☐ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

**EXHIBIT**

**1**

Version 1.1.20

# EXHIBIT 2
## SHERIFF'S ENTRY OF SERVICE

SHERIFF'S ENTRY OF SERVICE

| | |
|---|---|
| Civil Action No. **24HV00346** | Superior Court ☒  Magistrate Court ☐ |
| | State Court ☐  Probate Court ☐ |
| Date Filed **8-5-2024** | Juvenile Court ☐ |
| | Georgia, **HART** County |

FILED IN OFFICE
CLERK OF SUPERIOR COURT
HART COUNTY, GEORGIA
**24HV00346**
R. CHRIS PHELPS
AUG 12, 2024 02:18 PM
Frankie Gray, Clerk
Hart County, Georgia

Attorney's Address

THE VAN DORA LAW FIRM, LLC
P.O. BOX 669
HARTWELL, GA 30643

Name and Address of Party to be Served.

WAL-MART STORES EAST, LP
1572 ANDERSON HWY
HARTWELL, GA 30643

ANDREW L. WILLI _____
**Plaintiff**

VS.

WAL-MART STORES EAST, LP
**Defendant**

_____
**Garnishee**

**SHERIFF'S ENTRY OF SERVICE**

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows: age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☒ Served the defendant _____Walmart_____ a corporation by leaving a copy of the within action and summons with _____Kayla Parham asst mgr_____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This ___7___ day of ___Aug___, 20_24_.

_____ DEPUTY

**EXHIBIT 2**

SHERIFF DOCKET _____ PAGE _____

WHITE-CLERK    CANARY-PLAINTIFF    PINK-DEFENDANT

# EXHIBIT 3

## PLAINTIFF'S RULE 15 CERTIFICATE OF DEFAULT

**IN THE SUPERIOR COURT OF HART COUNTY**
**STATE OF GEORGIA**

ANDREW L. WILLIAMS,

      Plaintiff,

vs.

WAL-MART STORES EAST, LP,

      Defendant.

CIVIL ACTION FILE №: 24HV00346

---

## PLAINTIFF'S RULE 15 CERTIFICATE OF DEFAULT

In compliance with Uniform Superior Court Rule 15 regarding Default Judgments, I hereby certify that the Complaint for Damages in the above-styled action was filed on August 5, 2024, that service of the Complaint and Summons were lawfully served on Defendant Wal-Mart Stores East, LP on August 7, 2024 by Deputy Lamar Spears of the Hart County Sheriff's Office, and on August 12, 2024, I filed the Return of Service prepared by Deputy Spears with the Clerk of Hart Superior Court in this action via PeachCourt.

I further certify that immediately prior to filing Plaintiff's Motion for Entry of Default Judgment, I personally inspected the respective records of the Clerk of Hart Superior Court and PeachCourt for the above-styled action and, as shown by the respective records of the Clerk and PeachCourt, no answer or responsive pleading of any kind has been filed to date by Defendant Wal-Mart Stores East, LP in the above-styled action.

This 24th day of September, 2024.

    Respectfully submitted,

    **THE VAN DORA LAW FIRM, LLC**

    **/s/ Jeremiah T. Van Dora**
    JEREMIAH T. VAN DORA
    GEORGIA BAR NO. 798552
    ATTORNEY FOR PLAINTIFF

THE VAN DORA LAW FIRM, LLC
POST OFFICE BOX 669
HARTWELL, GEORGIA 30643
TELEPHONE:  (706) 377-4044
FACSIMILE:  (678) 623-3859
E-MAIL:     JVANDORA@VANDORALAW.COM



EXHIBIT

3

⏚ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
HART COUNTY, GEORGIA

**24HV00346**
R. CHRIS PHELPS
SEP 24, 2024 01:35 PM

Frankie Gray, Clerk
Hart County, Georgia

**IN THE SUPERIOR COURT OF HART COUNTY**
**STATE OF GEORGIA**

ANDREW L. WILLIAMS,

    Plaintiff,

vs.

WAL-MART STORES EAST, LP,

    Defendant.

CIVIL ACTION FILE №: 24HV00346

## PLAINTIFF'S RULE 15 CERTIFICATE OF DEFAULT

In compliance with Uniform Superior Court Rule 15 regarding Default Judgments, I hereby certify that the Complaint for Damages in the above-styled action was filed on August 5, 2024, that service of the Complaint and Summons were lawfully served on Defendant Wal-Mart Stores East, LP on August 7, 2024 by Deputy Lamar Spears of the Hart County Sheriff's Office, and on August 12, 2024, I filed the Return of Service prepared by Deputy Spears with the Clerk of Hart Superior Court in this action via PeachCourt.

I further certify that immediately prior to filing Plaintiff's Motion for Entry of Default Judgment, I personally inspected the respective records of the Clerk of Hart Superior Court and PeachCourt for the above-styled action and, as shown by the respective records of the Clerk and PeachCourt, no answer or responsive pleading of any kind has been filed to date by Defendant Wal-Mart Stores East, LP in the above-styled action.

This 24th day of September, 2024.

Respectfully submitted,

**THE VAN DORA LAW FIRM, LLC**

/s/ Jeremiah T. Van Dora
JEREMIAH T. VAN DORA
GEORGIA BAR NO. 798552
ATTORNEY FOR PLAINTIFF

THE VAN DORA LAW FIRM, LLC
POST OFFICE BOX 669
HARTWELL, GEORGIA 30643
TELEPHONE:  (706) 377-4044
FACSIMILE:  (678) 623-3859
E-MAIL:  JVANDORA@VANDORALAW.COM