# Exhibit 3

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
HART COUNTY, GEORGIA

**24HV00346**
**R. CHRIS PHELPS**
**SEP 25, 2024 12:03 PM**

Frankie Gray, Clerk
Hart County, Georgia

### IN THE SUPERIOR COURT OF HART COUNTY
### STATE OF GEORGIA

ANDREW L. WILLIAMS,

    Plaintiff,

VS.

WAL-MART STORES EAST, LP,

    Defendant.

CIVIL ACTION FILE № 24HV00346

---

## ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT

This case is before the Court on Plaintiff's Motion for Entry of Default Judgment against Defendant Wal-Mart Stores East, LP.  Having reviewed and considered the entire case file, the Court finds Defendant Wal-Mart Stores East, LP was properly served with the Summons and Complaint, that Defendant Wal-Mart Stores East, LP failed to file an Answer within thirty (30) days of service or timely open default as a matter of right, and that Defendant Wal-Mart Stores East, LP is presently in default.

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Andrew L. Williams is entitled to verdict and judgment by default against Defendant Wal-Mart Stores East, LP as if every item and paragraph in Plaintiff's Complaint for Damages were supported by proper evidence without the intervention of a jury, as to all issues.

**IF IS FURTHER ORDERED** that on a date and time yet to be set by the Court, the Court will conduct an evidentiary hearing with respect to unliquidated damages claimed by Plaintiff Andrew L. Williams.  Plaintiff's counsel shall be

prepared to present a proposed judgment for Plaintiff's unliquidated damages at said hearing.

**IT IS SO ORDERED AND ADJUDGED** this ___25th___ day of ___September___, 2024.

_____
Hon. R. Chris Phelps, Chief Judge
Superior Courts, Northern Judicial Circuit