# Exhibit 4

⏚ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
HART COUNTY, GEORGIA

**24HV00346**

**R. CHRIS PHELPS**
**JAN 15, 2025 10:27 AM**

Frankie Gray, Clerk
Hart County, Georgia

## IN THE SUPERIOR COURT OF HART COUNTY
## STATE OF GEORGIA

ANDREW L. WILLIAMS,
   Plaintiff,

vs.

WAL-MART STORES EAST, LP,
   Defendant.

CIVIL ACTION FILE №: 24HV00346

## JUDGMENT

A default judgment was issued against the Defendant on September 25, 2024. Pursuant to Rule Nisi issued December 11, 2024, this action was scheduled for a hearing on January 10, 2024 for the Court to receive evidence of Plaintiff's damages alleged and sought in his Complaint for Damages in the above-styled action. This hearing was postponed and rescheduled for January 15, 2025 due to the winter storm.

Upon consideration of the evidence and applicable Georgia law, the Court hereby finds and awards Plaintiff Andrew L. Williams the sum of $3,300,000.00 for all damages alleged, claimed and sought in his Complaint for Damages.

Court costs totaling 304.91 ($254.91 filing fees and $50.00 service fee) are taxed against Defendant Wal-Mart Stores East, LP.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Andrew L. Williams have judgment against Defendant Wal-Mart Stores East, LP in the total sum of $3,300,304.91.

**IT IS SO ORDERED AND ADJUDGED** this 15th day of January, 2025.

R. Chris Phelps, Judge
Superior Courts, Northern Judicial Circuit