# Exhibit 5

**General Civil and Domestic Relations Case Disposition Information Form**

⊞ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
HART COUNTY, GEORGIA

**24HV00346**
R. CHRIS PHELPS
JAN 15, 2025 10:27 AM

☑ **Superior Court of** HART_____ **County**

| **For Clerk Use Only** | |
|---|---|
| **Date Disposed** 01-15-2025_____ **MM-DD-YYYY** | **Case Number** 24HV00346_____ |
| | **Case Style** Williams v. Wal-Mart Stores East, LP |

_Frankie Gray_
Frankie Gray, Clerk
Hart County, Georgia

**Plaintiff(s)**

| Williams | Andrew | L | | |
|---|---|---|---|---|
| **Last** | **First** | **Middle I.** | **Suffix** | **Prefix** |
| | | | | |
| **Last** | **First** | **Middle I.** | **Suffix** | **Prefix** |
| | | | | |
| **Last** | **First** | **Middle I.** | **Suffix** | **Prefix** |
| | | | | |
| **Last** | **First** | **Middle I.** | **Suffix** | **Prefix** |

**Defendant(s)**

| Wal-Mart | Stores East, | LP | | |
|---|---|---|---|---|
| **Last** | **First** | **Middle I.** | **Suffix** | **Prefix** |
| | | | | |
| **Last** | **First** | **Middle I.** | **Suffix** | **Prefix** |
| | | | | |
| **Last** | **First** | **Middle I.** | **Suffix** | **Prefix** |
| | | | | |
| **Last** | **First** | **Middle I.** | **Suffix** | **Prefix** |

**Reporting Party** Plaintiff_____

**Plaintiff's Attorney** Jeremiah T. Van Dora, Esq._____ **State Bar Number** 798552_____ **Self-Represented** ☐

**Defendant's Attorney** _____ **State Bar Number** _____ **Self-Represented** ☐

**Manner of Disposition**
**Check Only One**

☐ **Jury Trial**
☑ **Bench/Non-Jury Trial**
☐ **Non-Trial Disposition, such as:**
☐ **Alternative Dispute Resolution**

☐ Check if any party was self-represented at any point during the life of the case.

☐ Check if the court ordered an interpreter for any party, witness, or other involved individual.

☐ Check if the case was referred/ordered to a court-annexed alternative dispute resolution process.

Version 1.1.20