IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

ANDREW L WILLIAMS,                         *

          Plaintiff,                    *

v.                                            Case No. 3:25-cv-00033-CDL

                       *

WALMART STORES EAST LP

                       *

          Defendant.                    *

## J U D G M E N T

Pursuant to this Court's Order dated May 12, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 13th day of May, 2025.


David W. Bunt, Clerk


s/ Angelica E. Niccolai, Deputy Clerk