## UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
### MIDDLE DISTRICT OF GEORGIA
475 Mulberry Street

MACON , GEORGIA 31202

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
VALDOSTA 31601

DAVID W. BUNT, Clerk
Telephone: (478) 752-3497
Facsimile:  (478) 752-3496

April 23, 2026

Nicholas Elias Deeb
3445 Peachtree Rd. NE
STE 500
Atlanta, GA  30519

RE:  Williams v. Walmart Stores East LP
        Civil Action No.  3:25-cv-33
        Return of Supersedeas Bond

Dear Mr. Deeb:

 Enclosed is the supersedeas bond posted on March 10, 2025 in the above referenced case.

 Thank you.

Sincerely,

s/ David W. Bunt

DAVID W. BUNT
CLERK